In re State of Louisiana; — Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, Fourth Circuit, Nos. 90KA-0562, 90KA-1058; Parish of Orleans, Criminal District Court, Div. “2”, No. 335-458.
Prior report: La.App., 578 So.2d 578.
Granted. Judgment of the court of appeal is reversed. Case remanded to that court to reconsider its opinion in view of California v. Hodari, — U.S. -, 111 S.Ct. 1547, 113 L.Ed.2d 690 (1991).
CALOGERO, C.J., and DENNIS and LEMMON, JJ., would grant for docketing.